**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**


Jabari Shababu Rhodes,

                Plaintiff,      Case No. 17-cv-13676

v.                        Judith E. Levy
                        United States District Judge

Does 1-5, 36th District Judge
"Ronald Giles," Assistant D.A.,   Mag. Judge David R. Grand
Bailiff Brown, Lieutenant
Hamilton,

                Defendants.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE GRAND'S REPORT
AND RECOMMENDATION GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING COMPLAINT [6]**

Before the Court is Magistrate Judge Grand's Report and
Recommendation (Dkt. 6), issued December 20, 2017, granting
plaintiff's motion to proceed *in forma pauperis* and recommending the
Court dismiss plaintiff's complaint pursuant to 28 U.S.C. § 1915(e).
Plaintiff was required to file specific written objections within 14 days
of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). He did not
file any objections. The Court has nevertheless thoroughly reviewed the

Report and Recommendation, and concurs in the reasoning and result.

Accordingly, plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED

Dated: January 17, 2018                    s/Judith E. Levy
Ann Arbor, Michigan                        JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 17, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager